## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT**<br><br>Criminal No. 22- 553 – DRD<br><br>Violations:<br>18 U.S.C. § 922(a)(1)(A)<br>18 U.S.C. § 2<br>18 U.S.C. § 922(d)<br>18 U.S.C. § 922(m) |
| v. | |
| [1] AILEENE M. MUDAFORT-FERNÁNDEZ,<br>[2] MUDAFORT XTREME SPORTS & MOTORSPORTS INC. | **THREE COUNTS** |
| Defendant. | *FILED UNDER SEAL* |

**THE GRAND JURY CHARGES:**

### COUNT ONE
Aiding and Abetting with Engaging in the Business
of Dealing in Firearms Without a License
18 U.S.C. §§ 922(a)(1)(A) and 2

Beginning on a date unknown but no later than in or about 2020, and continuing up until 2021, in the District of Puerto Rico and within the jurisdiction of this Court, the defendants,

[1] AILEENE M. MUDAFORT-FERNÁNDEZ,
[2] MUDAFORT XTREME SPORTS & MOTORSPORTS INC.,

did willfully aid and abet R.R.M., who was not a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code to engage in the business of dealing in firearms. All in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D), and 2.

## COUNT TWO
Disposal of a Firearm to a Prohibited Person
18 U.S.C. § 922(d)

On or about September 26, 2019, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

[1] AILEENE M. MUDAFORT-FERNÁNDEZ,

knowingly disposed of a firearm, a Taurus pistol, Model G2C, bearing serial number TMS71627, to P.C.T., knowing and having reasonable cause to believe that P.C.T. had been convicted of a crime punishable by a term of imprisonment exceeding one year, in violation of 18 U.S.C. §§ 922(d) and 924(a)(2).

## COUNT THREE
Failure to Maintain Entry in Records by Federal Firearms Dealer
18 U.S.C. § 922(m)

Beginning in or about 2016 and continuing up until in or about 2021, in the District of Puerto Rico and within the jurisdiction of this Court, the defendants,

[1] AILEENE M. MUDAFORT-FERNÁNDEZ,
[2] MUDAFORT XTREME SPORTS & MOTORSPORTS INC.,

a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, knowingly failed to make appropriate entries and properly maintain ATF 4473 Forms and Firearms Acquisition and Disposition Book records, which are records defendants were required to keep pursuant to Section 923 of Title 18, United States

Code, in violation of 18 U.S.C. §§ 922(m) and 924(a)(3)(B).

TRUE BILL

FOREPERSON
Date: 12/22/22

W. STEPHEN MULDROW
United States Attorney

Jonathan Gottfried
Assistant United States Attorney
Chief, Violent Crimes Division

Linet Suárez
Assistant United States Attorney
Violent Crimes Division

3