# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>[1] AILEENE M. MUDAFORT-FERNÁNDEZ,<br><br>[2] MUDAFORT XTREME SPORTS & MOTORSPORTS INC.<br><br>Defendants. | Criminal No. 22-553 (PAD) |

## UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

On November 9, 2023, Defendant Aileen M. Mudafort-Fernández' ("Defendant") filed a motion to modify her conditions of release requesting permission travel to Puerto Plata, Dominican Republic from December 8, 2023, to December 10, 2023. ECF No. 53. Given Defendant's prior travels while on conditions of release without incident and the U.S. Probation Office's response at ECF No. 56, the United States has no objections.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 21st day of November 2023.

W. Stephen Muldrow
United States Attorney

*s/Linet Suárez*
Linet Suárez
Assistant United States Attorney
USDC-PR No. G03015
United States Attorney's Office
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Linet.Suarez2@usdoj.gov
Tel: (787) 282-1843

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the date above, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                              *s/Linet Suárez*
                              Linet Suárez
                              Assistant United States Attorney